FILED: FEBRUARY 10, 2009
09CV849
JUDGE DOW
MAGISTRATE JUDGE DENLOW

PH

## Verification

I, PAUL O'REILLY, declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2009.

*[signature]*
PAUL O'REILLY